# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

Natalia Chavez, Jeffrey Alan Peek §
§     CIVIL NO:
vs. §     AU:26-CV-00872-DAE
§
Markwayne Mullin, Joseph Edlow, Wiley §
Blakeway, Director of the National Benefits §
Center, Director of the USCIS Vetting Center, §
Director of the Enterprise Vetting Center §

## ORDER RESETTING TRO HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **TRO HEARING** in Courtroom 2, on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Thursday, May 21, 2026 at 09:00 AM**.

IT IS SO ORDERED this 5th day of May, 2026.

_____
DAVID ALAN EZRA
SENIOR U.S. DISTRICT JUDGE