IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| NATALIA CHAVEZ & | § | |
| JEFFREY ALAN PEEK, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | No. 1:26-cv-872-DAE |
| | § | |
| MARKWAYNE MULLIN, et al., | § | |
| Defendants. | § | |
| | § | |

ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation of Dismissal, filed on August 7, 2026. (Dkt. # 8.) The filing informs the Court that the Plaintiff seeks to dismiss this action. (Id.) Pursuant to the filing, the Court hereby **ORDERS** that the case be **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and fees. The Clerk's Office is thereafter **INSTRUCTED** to **CLOSE THE CASE**.

**IT IS SO ORDERED.**

**DATED**: Austin, Texas, September 22, 2026.

David Alan Ezra
Senior United States District Judge